NO. 07-07-0410-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



NOVEMBER 16, 2007


______________________________



DALE ALAN CURTIS,



 Appellant


V.



WILLIAM J. KOUNTZ, et al.,



 Appellees

 _________________________________





FROM THE 172nd DISTRICT COURT OF JEFFERSON COUNTY;



NO. E-172991; HONORABLE DONALD FLOYD, JUDGE


_______________________________



MEMORANDUM OPINION


_______________________________



Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 Dale Alan Curtis, appellant, appealed from a final judgment of the trial court. We
dismiss the appeal.

 The clerk's record was filed with this court on September 24, 2007. No reporter's
record was filed. Appellant's brief, therefore, was due on October 24, 2007. By letter
dated October 31, 2007, we notified appellant that the due date for the brief had passed,
that the brief had not been filed and that no motion for extension of time to file the brief had
been received by the court. Citing Texas Rule of Appellate Procedure 38.8, we also
informed appellant that the appeal would be subject to dismissal unless a response
reasonably explaining his failure to file a brief was filed by November 12, 2007. To date,
appellant has filed neither a response to the court's October 31st letter, a brief nor a motion
requesting an extension of the lapsed deadline. 

 Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P.
38.8(a)(1); 42.3(b).

 

 Brian Quinn

 Chief Justice